# UNITED STATES DISTRICT COURT
**District of Kansas**
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**CASE NO. 23-20069-DDC-TJJ**
**FILED UNDER SEAL**

**BARRY CUMMINGS,**

**Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNTS 1-15

**MAIL FRAUD**
**[18 U.S.C. § 1341]**

1. Beginning by at least in or about May 2017, and continuing through in or about May 2020, in the District of Kansas and elsewhere, the defendant,

**BARRY CUMMINGS,**

with intent to defraud, knowingly devised, intended to devise, and participated in a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses and representations and by omissions of material facts,

well knowing and having reason to know that said pretenses and representations were and would be false and fraudulent when made and caused to be made and that said omissions would be material.

**Parties, Relevant Persons, Entities**

At times relevant to this Indictment:

2. Company A was a French multinational company that provided products and services related to energy management and automation. Company A offered a global incentive program called iRewards to non-employee resellers, contractors, and their sales representatives. The iRewards program was administered by a third-party service provider, and it allowed members to earn points by selling Company A products. Members could redeem points for a wide range of rewards on the third party's online platform. Each point redeemed within Company A's iRewards program resulted in a $0.02 charge to Company A.

3. Company B was headquartered in Lenexa, Kansas and provided information technology services and solutions to clients. Company B and its employees participated in Company A's iRewards program.

4. Defendant BARRY CUMMINGS was a resident of Lenexa, Kansas, Merriam, Kansas and Olathe, Kansas. From in or about March 2017 through in or about March 2018, CUMMINGS was employed with Company B as a Managed Service Sales Representative.

**Manner and Means**

5. To earn sales points, an individual had to submit claims demonstrating that they had sold Company A products.

6. The object of the scheme to defraud was for CUMMINGS to earn and redeem rewards by submitting fraudulent claims to Company A representing that he sold Company A products when he did not. In fact, CUMMINGS did not sell any Company A products while he was employed at Company B.

7. After CUMMINGS' employment with Company B was terminated in March 2018, he continued to submit fraudulent claims to Company A for several years, using his Company B email address to log into Company A's iRewards website and submit fraudulent claims and redeem rewards.

8. CUMMINGS submitted more than 14,000 fraudulent sales claims, for which he received nearly 59 million reward points. This resulted in Company A paying the third-party service provider more than $1 million for points fraudulently obtained by CUMMINGS as part of Company A's iRewards program.

9. CUMMINGS made more than 2,000 iRewards redemptions to purchase, among other things, more than three hundred iPhones, MacBooks, iPads, and Apple watches; high-definition televisions and other electronics; luxury travel, including airline vouchers, hotel stays, and vacation packages; concert and sporting event tickets; and diamonds and jewelry. A number of the physical redemptions were delivered to CUMMINGS' residences in Merriam, Olathe, and Lenexa, Kansas or to the residences of CUMMINGS' friends and family.

## Execution of the Scheme

10. On or about the dates set forth in the separate counts below, in the District of Kansas and elsewhere, the defendant,

**BARRY CUMMINGS,**

for the purpose of executing and attempting to execute the aforementioned scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses and representations, and by omission of material facts, knowingly caused to be delivered by mail and private and commercial interstate carrier, any matter and thing, according to the direction thereon, as described below:

| Count | Approximate Redemption Date | Delivery Location | Package Description |
|---|---|---|---|
| 1 | 11/15/2018 | 12825 South Spoon Creek Road, Olathe, Kansas | A UPS shipment addressed to Barry Cummings containing one (1) 24" LED TV HD 720P Smart |
| 2 | 12/13/2018 | 12825 South Spoon Creek Road, Olathe, Kansas | A UPS shipment addressed to Barry Cummings containing one (1) LED Variable Lighted Vanity Mirror 1X/10X |
| 3 | 2/7/2019 | 20809 West 92nd Street, Lenexa, Kansas | A UPS shipment addressed to Barry Cummings containing two (2) 43" 4K LED TVs with Roku |
| 4 | 3/12/2019 | 20809 West 92nd Street, Lenexa, Kansas | A SEKO Logistics shipment addressed to Barry Cummings containing one (1) Coventry F/Q Bed |
| 5 | 4/22/2019 | 20809 West 92nd Street, Lenexa, Kansas | A FedEx shipment addressed to Barry Cummings containing one (1) Ball Multi Floor 2 Upright Vacuum |

| | | | |
|---|---|---|---|
| 6 | 4/22/2019 | 20809 West 92nd Street, Lenexa, Kansas | A FedEx shipment addressed to Barry Cummings containing one (1) Inversion Table and Back Hyperextention Package |
| 7 | 4/23/2019 | 20809 West 92nd Street, Lenexa, Kansas | A FedEx shipment addressed to Barry Cummings containing one (1) Neo Ion 2 GPS Golf Watch Black/Blue |
| 8 | 4/23/2019 | 20809 West 92nd Street, Lenexa, Kansas | A USPS shipment addressed to Barry Cummings containing one (1) Approach S60 Golf Watch – White |
| 9 | 5/16/2019 | 20809 West 92nd Street, Lenexa, Kansas | A UPS shipment addressed to Barry Cummings containing four (4) 4 iPhone XS Max 256 GB phones |
| 10 | 5/20/2019 | 20809 West 92nd Street, Lenexa, Kansas | A UPS shipment addressed to Barry Cummings containing five (5) iPhone XS Max 256 GB phones |
| 11 | 7/24/2019 | 20809 West 92nd Street, Lenexa, Kansas | A FedEx shipment addressed to Barry Cummings containing one (1) iPad Pro 11" 512 GB Cell+WiFi - Silver |
| 12 | 12/17/2019 | 9200 West 70th Terrace, Georgetown Apartments, Merriam, Kansas | A UPS shipment addressed to A.L. containing one (1) Omni 18" TV Stand Electric Fireplace |
| 13 | 1/15/2020 | 9200 West 70th Terrace, Georgetown Apartments, Merriam, Kansas | A UPS shipment addressed to A.L. containing four (4) iPhone 11 Pro Max 64GB Unlocked – Silver phones |
| 14 | 3/8/2020 | 9200 West 70th Terrace, Georgetown Apartments, Merriam, Kansas | A FedEx shipment addressed to Barry Cummings containing one (1) TaylorMade ATV Chrome Wedge Kit |
| 15 | 3/8/2020 | 9200 West 70th Terrace, Georgetown Apartments, Merriam, Kansas | A UPS shipment addressed to Barry Cummings containing one (1) 2019 M2 Fairway Wood |

In violation of Title 18, United States Code, Section 1341.

## FORFEITURE NOTICE

11. The allegations contained in paragraphs 1-10 and Counts 1-15 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461.

12. Upon conviction of one or more of the offenses set forth in Counts 1-15 of this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses and the scheme to defraud. The property to be forfeited includes, but is not limited to, the following:

A. A forfeiture money judgment against the defendant in an amount equal to the amount of gross proceeds obtained or derived by him from the commission of the scheme to defraud and Counts 1-15.

13. If any of the property described above, as a result of any act or omission of the defendant:

A. cannot be located upon the exercise of due diligence;

B. has been transferred or sold to, or deposited with, a third party;

C. has been placed beyond the jurisdiction of the court;

D. has been substantially diminished in value; or

E. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

November 15, 2023
DATE

s/Foreperson
FOREPERSON OF THE GRAND JURY

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: */s/ Ryan J. Huschka*
Ryan J. Huschka
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: Ryan.Huschka@usdoj.gov
Ks. S. Ct. No. 23840

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## PENALTIES

**Counts 1-15: Mail Fraud, 18 U.S.C. § 1341**

- Punishable by a term of imprisonment of not more than twenty (20) years. 18 U.S.C. § 1343.

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3). In the alternative, the defendant may be fined not more than the greater of twice the gross gain or twice the gross loss. 18 U.S.C. § 3571(d).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.