IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA**

**Plaintiff,**

**v.**

**BARRY CUMMINGS (01),**

**Defendant.**

**Case No. 23-20069-01-DDC**

**ORDER**

Based upon the parties' joint request, it is hereby ordered that the defendant must file any supplemental sentencing memorandum addressing application of United States Sentencing Guideline § 5H1.6 and provide related documents to the government by March 6, 2025; the government must file any response by March 28, 2025; and the sentencing hearing scheduled for February 20, 2025 is continued to April 10, 2025, at 1:30 p.m.

**Dated this 7th day of February, 2025, at Kansas City, Kansas.**

**s/ Daniel D. Crabtree**
**DANIEL D. CRABTREE**
**UNITED STATES DISTRICT JUDGE**