IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BARRY CUMMINGS (01),<br><br>　　　　Defendant. | Case No. 23-20069-01-DDC |

### MEMORANDUM AND ORDER

This matter comes before the court on defendant Barry Cummings's pro se[1] Motion for Leave to Appeal In Forma Pauperis (Doc. 70).  The court denies the motion and explains why, below.  This ruling does not preclude Mr. Cummings from renewing his request with a fully compliant motion.

### I.　　Background

Mr. Cummings pleaded guilty to Count 2 of the Indictment, a charge under 18 U.S.C. § 1341 for mail fraud.  Doc. 1 at 1–2 (Indictment); Doc. 29 at 7 (Order entering plea of guilty).  The court sentenced him to 15 months in federal prison followed by two years of supervised release.  Doc. 45 at 1–3 (Judgment in a Criminal Case).  Retained counsel represented Mr. Cummings for almost all the district court proceedings.  Mr. Cummings, now pro se, has appealed but he hasn't paid the appeal filing fee.  Doc. 48 (docket note following docketed Notice of Appeal).

---

[1]　　Because Mr. Cummings filed the current motion pro se, the court construes his filings liberally and holds them to "a less stringent standard than formal pleadings drafted by lawyers." *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).  But the court does not become an advocate for the pro se party. *Id.* Likewise, Mr. Cummings's pro se status does not excuse him from complying with the court's rules or facing the consequences of noncompliance. *See Ogden v. San Juan Cnty.*, 32 F.3d 452, 455 (10th Cir. 1994) (citing *Nielsen v. Price*, 17 F.3d 1276, 1277 (10th Cir. 1994)).

Mr. Cummings also has filed a "Motion for Leave to Proceed on Appeal without Any Prepayment of Fees; and/or, for Permission to Appeal In Forma Pauperis" (Doc. 70). He has supported this request with a form Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis (Doc. 70-2). This Order decides this motion.

## II.    Motion for Leave to Appeal In Forma Pauperis

With exceptions not pertinent here, an appellant seeking leave to proceed in forma pauperis must file a motion with the district court and attach an affidavit that: "(A) shows in detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a)(1).[2]

Mr. Cummings has attached the requisite financial information to his Motion for Leave to Appeal In Forma Pauperis. *See* Doc. 70-2; Doc. 70-3. And this financial information easily shows he cannot pay the appellate filing fee. *See id.* Unfortunately, that's where Mr. Cummings's compliance ends. His motion never "states the issue that the [defendant] intends to present on appeal"—as Fed. R. App. P. 24 requires.

## III.    Conclusion

Mr. Cummings has neglected to comply with an explicit requirement of Rule 24 because he hasn't stated the issues he intends to present on appeal. The court thus denies Mr. Cummings's Motion for Leave to Appeal In Forma Pauperis (Doc. 70). But he may renew his request by filing a new motion and providing the required statement of issues. He need not

---

[2]    Contrary to an Order in an earlier case, *United States v. Alcorta*, No. 13-40065-03, 2021 WL 243460, at *1 (D. Kan. Jan. 1, 2021), 28 U.S.C. § 1915(a)(2) and (b)(1) don't require an appellant in a criminal case to provide "a certified copy of [his] trust fund account statement[.]" *See United States v. Simmonds*, 111 F.3d 737, 744 (10th Cir. 1997) (holding that § 1915(b)(1) doesn't apply in 28 U.S.C. § 2255 context despite statutory language), *overruled on other grounds*, *United States v. Hurst*, 332 F.3d 1256 (10th Cir. 2003).

resubmit the material he already has supplied to support the current motion.  The court will consider Mr. Cummings's previously filed financial documents (Doc. 70-2; Doc. 70-3) in deciding any newly-filed motion.

**IT IS THEREFORE ORDERED BY THE COURT THAT** Mr. Cummings's Motion for Leave to Appeal In Forma Pauperis (Doc. 70) is denied but without prejudice to his right to renew his motion with a fully compliant filing.

**IT IS FURTHER ORDERED THAT** the Clerk of the Court shall mail a copy of this Order by certified mail to Mr. Cummings.

**IT IS SO ORDERED.**

**Dated this 22nd day of July, 2025, at Kansas City, Kansas.**

                                      **s/ Daniel D. Crabtree**
                                      **Daniel D. Crabtree**
                                      **United States District Judge**